UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIE L. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROSSI THOMAS, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-02510-JCS<br><br>**ORDER REGARDING SERVICE AND SUMMONS**<br><br>Re: Dkt. No. 17 |

　　　The Court previously reviewed Plaintiff Tonie Harris's First Amended Complaint and found most of her claims sufficient for the purpose of 28 U.S.C. § 1915(e)(2), but dismissed her claims under the California Fair Employment and Housing Act for failure to allege exhaustion of state administrative remedies. *See* Order (dkt. 14). The Court granted Harris leave to amend if she was able to allege such exhaustion. On December 1, 2015, Harris notified the Court that she does not intend to pursue those claims. *See* dkt. 17. Accordingly, the fifth through eighth claims of the First Amended Complaint are hereby dismissed without leave to amend.

　　　The Clerk is instructed to issue summons as to both Defendants, and the United States Marshal is instructed to serve on both Defendants the following documents: (1) summons; (2) the First Amended Complaint, dkt. 11; (3) the Court's Order dated November 12, 2015, dkt. 14; (4) the Case Management and Pretrial Order dated November 17, 2015, dkt. 16; (5) this Order; and (6) the attached Consent or Declination to Magistrate Judge Jurisdiction form.

　　　**IT IS SO ORDERED.**

Dated: December 7, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge