UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TONIE L. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>ROSSI THOMAS, et al.,<br><br>Defendants. | Case No. 15-cv-02510-JCS<br><br>**ORDER VACATING DECEMBER 7, 2015 ORDER AND ORDERING SERVICE OF SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 20 |
|---|---|

This is an employment discrimination and sexual assault action brought by Plaintiff Tonie Harris, proceeding pro se and in forma pauperis. The Court previously reviewed Harris's First Amended Complaint ("FAC," dkt. 11) and found her claims sufficient for the purpose of 28 U.S.C. § 1915(e)(2)(B), except that Harris had not adequately alleged administrative exhaustion of her claims under the California Fair Employment and Housing Act ("FEHA"). *See generally* Nov. 12, 2015 Order (dkt. 14). The Court granted Harris leave to further amend her complaint to pursue those claims no later than December 14, 2015. *Id.* at 1, 15. On December 1, 2015, Harris filed notice that she did not intend to amend to pursue the FEHA claims, and requested that the Court order the United States Marshal to serve the FAC on Defendants. Request to Serve First Amended Complaint (dkt. 17). The Court granted that request, ordered service of process, and dismissed the FEHA claims without leave to amend. Dec. 7, 2015 Order (dkt. 18).

On December 11, 2015, Harris filed a Second Amended Complaint ("SAC," dkt. 20) substantially identical to the FAC, except that the SAC alleges that Harris filed an administrative complaint with the California Department of Fair Employment and Housing and obtained a right-to-sue letter from that Department, which is attached to the SAC. *See* SAC ¶ 8 & ECF p. 18.

Because Harris filed the SAC before the original deadline to amend, and because the FAC has not yet been served, the Court VACATES its December 7, 2015 Order denying leave to

amend and ordering service of the FAC. The new allegation and attachment are sufficient to address the Court's concern regarding administrative exhaustion. Moreover, for the same reasons discussed in the Court's November 12, 2015 Order in the context of Harris's federal Title VII claims, Harris's FEHA claims are sufficient for the purpose of 28 U.S.C. § 1915(e)(2)(B).

The United States Marshal is therefore instructed to serve the following documents on both Defendants: (1) summons; (2) the Second Amended Complaint, dkt. 20; (3) the Court's Order dated November 12, 2015, dkt. 14; (4) the Case Management and Pretrial Order dated November 17, 2015, dkt. 16; (5) this Order; and (6) the attached Consent or Declination to Magistrate Judge Jurisdiction form.

Harris is admonished that the Court and opposing parties are entitled to rely on representations that she makes during litigation, and that, depending on circumstances, she may not be permitted to reverse her position after making such representations in the future—particularly if the reversal comes without explanation.

If Harris is not able to retain an attorney, she is encouraged to consult with the Federal Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal courthouses for assistance. The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102. The Oakland office is located in Room 470–S on the 4th floor at 1301 Clay Street, Oakland, CA 94612. Appointments can be made by calling (415) 782–8982 or signing up in the appointment book located outside either office. Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: December 14, 2015

JOSEPH C. SPERO
Chief Magistrate Judge

2