


Matthew J. Witteman (SBN 142472)
LAW OFFICES OF MATTHEW J. WITTEMAN
133 South Main Street
Sebastopol, CA 95472
Tel: (415) 362-3106; (707) 721-2131
Email: matthew@wittlegal.net

Kathleen A. McCormac (SBN 159012)
MCCORMAC & ASSOCIATES
2858 Diamond Street
San Francisco, CA 94131
Tel: (415) 585-1722
Fax: (415) 585-1733
Email: kmccormac@mccormaclaw.com

Attorneys for Plaintiff
TONIE HARRIS

Judith Droz Keyes (CA State Bar No. 66408)
Tracy Thompson (CA State Bar No. 88173)
Victoria L. Tallman (CA State Bar No. 273252)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Tel: (415) 276-6500
Fax: (415) 276-6599
Email: jkeyes@dwt.com
tracythompson@dwt.com
victoriatallman@dwt.com

Attorneys for Defendants
UNITED AIRLINES, INC. and ROSSI THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TONIE HARRIS,

Plaintiff,

vs.

UNITED AIRLINES, ROSSI THOMAS, and DOES 1-50,

Defendants.

Case No. 15-cv-02510-WHO

**STIPULATION TO CONTINUE ALL DATES & STAY MATTER PENDING APPROVAL OF SETTLEMENT and PROPOSED ORDER**

**Trial Date: October 10, 2017**
**Time: 8:30 a.m.**

Complaint Filed: June 5, 2015

This stipulation seeking a continuance of the trial date and all other dates ("Stipulation") is entered into by and between Plaintiff Tonie Harris ("Plaintiff") and Defendants United Airlines, Inc. and Rossi Thomas ("Defendants"), (collectively, the "Parties"). By and through their respective counsel, the Parties jointly request that the Court continue the October 10, 2017, trial date, and all other dates currently set in this matter, by at least 90 days, based on the following:

1. Plaintiff filed her Second Amended Complaint in this matter on December 11, 2015 ("Lawsuit").

2. Plaintiff has a parallel Workers' Compensation matter pending before the California Workers' Compensation Appeals Board ("WCAB"), Case No. ADJ9378869 ("Workers' Comp Claim").

3. A settlement conference was held before Magistrate Judge Donna M. Ryu on February 3, 2017, at which the Parties reached agreement to settle both the Lawsuit and the Workers' Comp Claim.

4. Because Plaintiff is entitled to Medicare benefits, the settlement of the Workers' Comp Claim must be approved both by Medicare and then by the WCAB.

5. It is estimated that the above-described approval process will take between 60 and 90 days.

6. The Parties wish to avoid incurring the expense of discovery and preparing for a trial when the matter has been settled contingent only on the above-described approvals.

7. The trial date has not been previously continued, and the Parties have not previously requested from the Court any continuance in the Lawsuit.

8. In view of the foregoing, the Parties conclude that good cause exists for a continuance of the trial date to January 9, 2018, or a date thereafter convenient for the Court, and a like continuance of 90 days for all other dates, as outlined below.

IT IS THEREFORE STIPULATED AND AGREED by and among the Parties through their respective counsel of record, that:

1. The trial date currently scheduled on October 10, 2017, be continued to on or after

January 9, 2018.

2. The Expert Disclosure Date currently set for March 7, 2017, be continued to on or after June 6, 2017.

3. The Expert Rebuttal Date currently set for April 6, 2017, be continued to on or after July 6, 2017.

4. The Fact Discovery Cutoff currently set for April 17, 2017, be continued to on or after July 17, 2017.

5. That the Expert Discovery Cutoff currently set for May 7, 2017, be continued toon or after August 7, 2017.

6. That the Dispositive Motions Heard By currently set for July 19, 2017, be continued to on or after October 18, 2017.

7. That the Pretrial Conference currently set for September 18, 2017, be continued to on or after December 18, 2017.

8. That the Lawsuit in all respects be STAYED for 90 days.

DATED:  February 7, 2017                MCCORMAC & ASSOCIATES

                                        By: /s/*Kathleen A. McCormac*
                                        Kathleen A. McCormac
                                        Attorneys for PLAINTIFF TONIE HARRIS

DATED:  February 7, 2017                LAW OFFICES OF MATTHEW J. WITTEMAN

                                        By: /s/*Matthew J. Witteman*
                                        Matthew J. Witteman
                                        Attorneys for PLAINTIFF TONIE HARRIS

DATED:  February 7, 2017                DAVIS WRIGHT & TREMAINE LLP

                                        By: /s/*Judith Droz Keyes*
                                        Judith Droz Keyes
                                        Attorneys for DEFENDANTS UNITED AIRLINES, INC. and ROSSI THOMAS

**Signature Attestation Pursuant to LCR 5-1(i)(3)**

I, Judith Droz Keyes, obtained permission from opposing counsel to electronically sign the Stipulation to Continue All Dates & Stay Matter Pending Approval of Settlement on their behalf on February 7, 2017.

DATED: February 7, 2016 By: *_/s/ Judith Droz Keyes_*

STIPULATION TO CONTINUE ALL DATES & STAY MATTER PENDING APPROVAL OF SETTLEMENT
Case No. 15-cv-02510-WHO
NG-S40TG52V 4844-7778-2082v.2 0021309-000039

**ORDER**

The above STIPULATION TO CONTINUE ALL DATES & STAY MATTER PENDING APPROVAL OF SETTLEMENT is approved. As of the date of this Order, the matter is stayed for 90 days. Further, the Court orders the following dates in this matter:

- Designation of Experts: June 6, 2017
- Designation of Rebuttal Experts July 6, 2017
- Non-Expert Discovery Cut-off: July 17, 2017
- Expert Discovery Cut-off: August 7, 2017
- Deadline to Hear Dispositive Motions: October 18, 2017
- Pretrial Conference: December 18, 2017
- Trial Date: January 9, 2018

IT IS SO ORDERED:

Dated: February 10, 2017

THE HONORABLE WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE