Matthew J. Witteman (SBN 142472)
LAW OFFICES OF MATTHEW J. WITTEMAN
133 South Main Street
Sebastopol, CA 95472
Tel: (415) 362-3106; (707) 721-2131
Email: matthew@wittlegal.net

Kathleen A. McCormac (SBN 159012)
MCCORMAC & ASSOCIATES
2858 Diamond Street
San Francisco, CA 94131
Tel:  (415) 585-1722
Fax:  (415) 585-1733
Email: kmccormac@mccormaclaw.com

Attorneys for Plaintiff
TONIE HARRIS

Judith Droz Keyes (CA State Bar No. 66408)
Tracy Thompson (CA State Bar No. 88173)
Victoria L. Tallman (CA State Bar No. 273252)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Tel:  (415) 276-6500
Fax:  (415) 276-6599
Email: jkeyes@dwt.com
        tracythompson@dwt.com
        victoriatallman@dwt.com

Attorneys for Defendants
UNITED AIRLINES, INC. and ROSSI THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TONIE HARRIS,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED AIRLINES, ROSSI THOMAS, and DOES 1-50,<br><br>          Defendants. | Case No. 15-cv-02510-WHO<br><br>**STIPULATION TO FURTHER CONTINUE ALL DATES and PROPOSED ORDER**<br><br>**Trial Date: January 9, 2018**<br>**Time:       8:30 a.m.**<br><br>Complaint Filed: June 5, 2015 |

1       This stipulation seeking a stay of this matter and a continuance of the trial date and all other

2   dates ("Stipulation") is entered into by and between Plaintiff Tonie Harris ("Plaintiff") and

3   Defendants United Airlines, Inc.("United") and Rossi Thomas (collectively "Defendants"),

4   (collectively, the "Parties"). By and through their respective counsel, the Parties jointly request that

5   the Court continue the January 9, 2018, trial date, and all other dates currently set in this matter

6   accordingly, based on the following:

7       1.    Plaintiff filed her Second Amended Complaint in this matter on December 11, 2015

8   ("Lawsuit").

9       2.    Plaintiff has a parallel Workers' Compensation matter pending before the California

10  Workers' Compensation Appeals Board ("WCAB"), Case No. ADJ9378869 ("Workers' Comp

11  Claim").

12      3.    On February 3, 2017, a settlement conference was held before Magistrate Judge

13  Donna M. Ryu ("Settlement Conference") at which the Parties reached agreement to settle both the

14  Lawsuit and the Workers' Comp Claim.

15      4.    Because Plaintiff is entitled to Medicare benefits, the settlement of the Workers'

16  Comp Claim must be approved by the Centers for Medicare and Medicaid Services, a federal

17  government agency ("CMS"), with respect to the Medicare Set-Aside ("MSA") allocation, and

18  thereafter must be approved by the WCAB.

19      5.    On February 7, 2017, the Parties submitted to this Court a Stipulation and Proposed

20  Order to Continue and Stay All Dates Pending Approval of Settlement (Dkt. #65).

21      6.    On February 10, 2017, this Court issued its Order granting the Parties' request and

22  continuing, among other dates, the trial date to January 9, 2018 (Dkt. #66) ("Order").

23      7.    Promptly following the Settlement Conference, Ericka Dunn, attorney for Gallagher

24  Basset, the third party claims administrator for United's workers' compensation claims, began the

25  process of obtaining CMS approval of the MSA allocation agreed to at the Settlement Conference.

26  Specifically, Ms. Dunn oversaw the preparation and submission to ExamWorks Clinical Solutions

27  ("ECS"), a third-party vendor used by Gallagher Basset in managing submissions to the CMS, the

28

documents required to commence the process of obtaining CMS approval. For almost three months, Ms. Dunn worked diligently with ECS to correct mistakes in the Workers' Comp Claim record that were discovered during the submission process, and to perfect the submission in all other respects.

8. On or about May 31, 2017, ECS submitted the proposed MSA allocation to the CMS for approval.

9. On or about June 8, 2017, CMS responded to the submission by inquiring about one aspect of the submission. Ms. Dunn oversaw the response to the CMS which was sent on June 30, 2017, providing the requested information.

10. To date, the CMS has not responded to the MSA submission that was perfected on June 30, 2017. Ms. Dunn estimates that CMS' approval of the MSA will be received on or shortly before August 15, 2017, but she cannot be certain inasmuch as the CMS is a federal government agency over which neither the Parties nor Ms. Dunn has any control.

11. Promptly upon receiving the anticipated approval of the MSA from the CMS, the Parties will submit the settlement to the WCAB for its approval, which is anticipated to be obtained without delay.

12. In view of the foregoing, and in order to avoid incurring the expense of discovery and preparing for a trial when the matter has been settled contingent only on the approval of the CMS and the WCAB, the Parties respectfully request a continuance of the trial date to April 10, 2018, or a date thereafter convenient for the Court, and a like continuance of all other dates, as outlined below.

IT IS THEREFORE STIPULATED by and among the Parties through their respective counsel of record AND AGREED TO REQUEST THAT THE COURT ORDER that:

1. The trial date currently set for January 9, 2018, be continued to on or after April 10, 2018.

2. The Expert Disclosure Date be continued to on or after October 13, 2017.

3. The Expert Rebuttal Date be continued to on or after October 27, 2017.

4. The Fact Discovery Cutoff be continued to on or after November 1, 2017.

1     5.    The Expert Discovery Cutoff be continued to on or after November 20, 2017.

2     6.    The deadline for Dispositive Motions to be heard be continued to on or after January 17, 2018.

7.    The Pretrial Conference currently set for December 18, 2017, be continued to on or after March 19, 2018.

DATED: July 12, 2017          MCCORMAC & ASSOCIATES

By: /s/*Kathleen A. McCormac*
Kathleen A. McCormac
Attorneys for PLAINTIFF TONIE HARRIS

DATED: July 12, 2017          LAW OFFICES OF MATTHEW J. WITTEMAN

By: /s/*Matthew J. Witteman*
Matthew J. Witteman
Attorneys for PLAINTIFF TONIE HARRIS

DATED: July 12, 2017          DAVIS WRIGHT & TREMAINE LLP

By: /s/*Judith Droz Keyes*
Judith Droz Keyes
Attorneys for DEFENDANTS UNITED AIRLINES, INC. and ROSSI THOMAS

**Signature Attestation Pursuant to LCR 5-1(i)(3)**

I, Judith Droz Keyes, obtained permission from opposing counsel to electronically sign the Stipulation to Further Continue All Dates & Stay Matter Pending Approval of Settlement on their behalf on July 12, 2017.

DATED: July 12, 2017        By: */s/ Judith Droz Keyes*

| | | |
|---|---|---|
| 1 | **ORDER** | |
| 2 | The Parties' STIPULATION TO FURTHER CONTINUE ALL DATES is approved. The |
| 3 | Court orders the following dates in this matter: |

1 **ORDER**

2  The Parties' STIPULATION TO FURTHER CONTINUE ALL DATES is approved. The

3  Court orders the following dates in this matter:

4  • Designation of Experts:  October 13, 2017

5  • Designation of Rebuttal Experts  October 27, 2017

6  • Non-Expert Discovery Cut-off:  November 1, 2017

7  • Expert Discovery Cut-off:  November 20, 2017

8  • Deadline to Hear Dispositive Motions:  January 17, 2018

9  • Pretrial Conference:  March 19, 2018

10  • Trial Date:  April 23, 2018

12  IT IS SO ORDERED:

14  Dated: July 12, 2017  _____

15  THE HONORABLE WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE