Matthew J. Witteman (SBN 142472)
LAW OFFICES OF MATTHEW J. WITTEMAN
133 South Main Street
Sebastopol, CA 95472
Tel: (415) 362-3106; (707) 721-2131
Email: matthew@wittlegal.net

Kathleen A. McCormac (SBN 159012)
MCCORMAC & ASSOCIATES
2858 Diamond Street
San Francisco, CA 94131
Tel:   (415) 585-1722
Fax:   (415) 585-1733
Email: kmccormac@mccormaclaw.com

Attorneys for Plaintiff
TONIE HARRIS

Judith Droz Keyes (CA State Bar No. 66408)
Tracy Thompson (CA State Bar No. 88173)
Victoria L. Tallman (CA State Bar No. 273252)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Tel:   (415) 276-6500
Fax:   (415) 276-6599
Email: jkeyes@dwt.com
       tracythompson@dwt.com
       victoriatallman@dwt.com

Attorneys for Defendants
UNITED AIRLINES, INC. and ROSSI THOMAS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIE HARRIS, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED AIRLINES, ROSSI THOMAS, and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 15-cv-02510-WHO <br><br> STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL |

-1-

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**
15-cv-02510-WHO

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

DATED: December 5, 2017         McCORMAC & ASSOCIATES

　　　　　　　　　　　　　　　　　　　/s/ *Kathleen A. McCormac*
　　　　　　　　　　　　　　　　　　KATHLEEN A. McCORMAC
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　TONIE HARRIS

DATED: December 5, 2017         DAVIS WRIGHT TREMAINE LLP

　　　　　　　　　　　　　　　　　　　/s/ *Judith Droz Keyes*
　　　　　　　　　　　　　　　　　　JUDITH DROZ KEYES
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　UNITED AIRLINES, ROSSI THOMAS

**IT IS SO ORDERED.**

Dated: December 18, 2017         _____
　　　　　　　　　　　　　　　　　Hon. William H. Orrick
　　　　　　　　　　　　　　　　　United States District Court Judge

-2-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
15-cv-02510-WHO